UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSEPH MILLS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:09-cv-695-WTL-TAB |
| ) | |
| INDIANA DEPT. OF CORRECTION, et al., ) | |
| ) | |
| Defendants. ) | |

# E N T R Y

"District judges have no obligation to act as counsel or paralegal to pro se litigants." *Pliler v. Ford,* 542 U.S. 225, 231 (2004). This explains why the court declines to either answer or discuss the questions presented in the plaintiff's filing of May 24, 2010 (dkt 23).

**IT IS SO ORDERED.**

Date: 05/27/2010

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Joseph Mills Sr.
157239
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168